OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

RE:   C.A.#_____79_____

CASE CAPTION: __Wellman__ v. __The Dupont Co.__

## ACKNOWLEDGMENT OF RECEIPT FOR F.R.Civ.P. 4

I hereby acknowledge receipt of a copy of Rule 4 (Summons) of the Federal Rules of Civil Procedure, and understand that it is my responsibility to make service of process on defendants in accordance with this rule.

Date Received __MAY 09 2005__        Signed: _[signature]_
by Plaintiff:                                         Pro Se Plaintiff

Date Received __MAY 09 2005__        Signed: __Evette Watson__
by Clerk's office:                                    Deputy Clerk

Note: If you received Federal Rule 4 by mail, please sign this receipt and return it to:

Clerk
U.S. District Court
844 N. King Street                If applicable, Rule 4 mailed to plaintiff:
Lockbox 18
Wilmington, DE 19801
                                  _____
                                  Date mailed

                                  _____
                                  By Deputy Clerk

cc:  Docketing Clerk

wp\forms\rule4receipt 2-04