AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ **DELAWARE**

DEBRA-ANN WELLMAN

V.

THE DuPONT COMPANY

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-279

2005 MAY 13 PM 3: 55

CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

TO: (Name and address of Defendant)

THE DuPONT COMPANY
1007 MARKET STREET
WILMINGTON, DE 19898

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

PRO SE

DEBRA-ANN WELLMAN
P.O. BOX 4395
GREENVILLE, DE 19807

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**

5-10-05

CLERK

DATE

Beth ____

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | May 11, 2005 at 1:30 PM |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Richard Torpey | Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:  Accepted personally by Marie Manuel, Legal Administrator duly authorized to accept service.  Service was made at 1007 Market St., Wilmington, DE  19801

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

   _____

   _____

☐ Other (specify): _____

   _____

   _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    May 12, 2005
_____          _____
              Date                 Signature of Server

DELAWARE ATTORNEY SERVICES
2000 Pennsylvania Avenue, Suite 207
Wilmington, DE  19806
_____
Address of Server

Also Served:
Civil Cover Sheet; EEOC Dismissal and Notice of Rights; and Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.