IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBRA-ANN WELLMAN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-279 (SLR) |
| ) | |
| THE DUPONT COMPANY ) | JURY TRIAL DEMANDED |
| ) | |
| Defendant. ) | |

### DISCLOSURE OF E. I. DU PONT DE NEMOURS AND COMPANY PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

Pursuant to Fed. R. Civ. P. 7.1, Defendant E. I. du Pont de Nemours and Company, by and through its undersigned attorneys, hereby certifies as follows:

Defendant E. I. du Pont de Nemours and Company ("DuPont") is a publicly traded corporation organized and existing under the laws of the State of Delaware. DuPont has no parent company or corporation that owns 10% or more of DuPont's stock.

POTTER ANDERSON & CORROON LLP

Of Counsel:

Michael L. Clarke
E. I. du Pont de Nemours and Company
DuPont Legal, D7016-1
1007 Market Street
Wilmington, Delaware 19898
(302) 773-0117

By: /s/ Kathleen Furey McDonough
Kathleen Furey McDonough (#2395)
Elizabeth Jean Winslow (#4475)
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
Telephone: (302) 984-6000
Telefax: (302) 658-1192

*Attorneys for Defendant*
*E. I. du Pont de Nemours and Company*

Dated: June 23, 2005
687707

## CERTIFICATE OF SERVICE

I, Kathleen Furey McDonough, hereby certify that on June 23, 2005, I electronically filed the foregoing **DISCLOSURE OF E. I. DU PONT DE NEMOURS AND COMPANY PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1** with the Clerk of the Court using CM/ECF, which is available for public viewing and downloading, and that two (2) true and correct copies were served on Plaintiff *pro se*, as follows:

### BY FIRST CLASS MAIL

Debra-Ann Wellman, *pro se*
P.O. Box 4395
Greenville, DE 19807

_____
Kathleen Furey McDonough (#2395)

687707v1