IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DEBRA-ANN WELLMAN,   )
          )
   Plaintiff,   )
          )
  v.       ) Civ. No. 05-278-SLR
          )
DUPONT DOW ELASTROMERS L.L.C.,)
          )
   Defendant.   )
——————————————————————

DEBRA-ANN WELLMAN,   )
          )
   Plaintiff,   )
          )
  v.       ) Civ. No. 05-279-SLR
          )
THE DUPONT COMPANY,   )
          )
   Defendant.   )

——————————————————————

DEBRA-ANN WELLMAN,   )
          )
   Plaintiff,   )
          )
  v.       ) Civ. No. 05-280-SLR
          )
THE DOW CHEMICAL COMPANY, )
          )
   Defendant.   )

**ORDER REFERRING MATTER FOR REPRESENTATION**

At Wilmington this 6th day of July, 2005, the court

having determined that plaintiff is appearing in this matter <u>pro</u>

<u>se</u> because plaintiff is unable to afford legal representation;

and having further determined that legal representation for plaintiff by an attorney is required in this matter, <u>see</u> <u>Collinsgru v. Palmyra Bd. of Educ.</u>, 161 F.3d 225 (3rd Cir. 1998);

IT IS ORDERED that:

1.  The Clerk of Court is directed to attempt to refer representation of plaintiff to a member of the Federal Civil Panel.

2.  The court's Standing Order regarding the establishment of a Federal Civil Panel to provide legal representation to indigent parties in certain civil litigation is incorporated herein by reference.


_____
United States District Judge