IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DEBRA-ANN WELLMAN,          )
                             )
       Plaintiff,        )
                             )
   v.                    ) Civ. No. 05-278-SLR
                             )
DUPONT DOW ELASTROMERS L.L.C.,)
                             )
       Defendant.        )

DEBRA-ANN WELLMAN,          )
                             )
       Plaintiff,        )
                             )
   v.                    ) Civ. No. 05-279-SLR
                             )
THE DUPONT COMPANY,        )
                             )
       Defendant.        )

DEBRA-ANN WELLMAN,          )
                             )
       Plaintiff,        )
                             )
   v.                    ) Civ. No. 05-280-SLR
                             )
THE DOW CHEMICAL COMPANY,   )
                             )
       Defendant.        )

**ORDER RECOGNIZING REPRESENTATION**

At Wilmington this  18th  day of January, 2006 the court recognizes that John M. Stull, Esquire, has agreed to represent plaintiff Debra-Ann Wellman as counsel of record in the above-captioned cases.  Counsel's representation shall remain in effect until the final determination of this case unless, prior

thereto, this order is amended or revoked by further order of the court.

United States District Judge