

Potter
Anderson
& Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

Elizabeth King
Associate
Attorney at Law
eking@potteranderson.com
302 984-6044 Direct Phone
302 658-1192 Fax

February 14, 2006

**EFILING and HAND DELIVERY**

The Honorable Sue L. Robinson
United States District Court
844 King Street
Wilmington, Delaware 19801

  Re: **Debra-Ann Wellman v. E. I. du Pont de Nemours and Company**
     **Civil Action No.: 05-279 (SLR)**

Dear Judge Robinson:

  Pursuant to the Court's directive, enclosed is a proposed Scheduling Order in the captioned matter, which has been agreed to by counsel for both parties.

  The parties are available for the scheduling conference with the Court on Thursday, February 16, 2006.

            Respectfully,

            *Elizabeth King*

            Elizabeth King
            Delaware Bar #4475

EK/drt
Enclosure

cc: John M. Stull, Esquire (via CM/ECF)

PA&C-719788v1