IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBRA-ANN WELLMAN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-279 (SLR) |
| ) | |
| THE DUPONT COMPANY ) | JURY TRIAL DEMANDED |
| ) | |
| Defendant. ) | |

### NOTICE OF SERVICE

The undersigned, counsel for Defendant E. I. du Pont de Nemours and Company hereby certifies that true and correct copies of the Defendants' Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a) were caused to be served on March 13, 2006, on the attorney of record at the following address as indicated:

FIRST CLASS U.S. MAIL, POSTAGE PREPAID

John M. Stull (No. 568)
1300 North Market Street
Suite 700
P.O. Box 1947
Wilmington, DE 19801
Telephone: (302) 654-0399
Facsimile: (302) 654-0884
jstullesq@aol.com

/s/ Elizabeth King
Elizabeth King (#4475)
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE  19801
(302) 984-6279
(302) 658-1192
eking@potteranderson.com

PA&C-717377v1