IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEBRA-ANN WELLMAN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-279 (SLR) |
| | ) | |
| THE DUPONT COMPANY | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

### NOTICE OF SERVICE

The undersigned, counsel for Defendant, hereby certifies that true and correct copies of **DEFENDANT'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO PLAINTIFF** were served this 14th day of July, 2006 on the following attorney of record in the manner and at the address indicated:

> **VIA HAND DELIVERY**
> John M. Stull (No. 568)
> 1300 North Market Street, Suite 700
> P.O. Box 1947
> Wilmington, DE 19801

> POTTER ANDERSON & CORROON LLP
>
> By  *Elizabeth King*
> Kathleen Furey McDonough (#2395)
> Jennifer Gimler Brady (#2874)
> Elizabeth King (#4475)
> Hercules Plaza, Sixth Floor
> 1313 North Market Street, P.O. Box 951
> Wilmington, Delaware 19899-0951
> (302) 984-6000 – Telephone
> (302) 658-1192 – Facsimile
> kmcdonough@potteranderson.com – Email
> jbrady@potteranderson.com – Email
> eking@potterandereson.com – Email

Dated: July 14, 2006

*Attorneys for Defendant*
*E. I. du Pont de Nemours and Company*