IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBRA-ANN WELLMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-278-SLR |
| | ) Civil Action No. 05-279-SLR |
| | ) Civil Action No. 05-280-SLR |
| DuPONT DOW ELASTOMERS, LLC | ) |
| t/a DUPONT HIGH PERFORMANCE | ) |
| ELASTOMERS, LLC; | ) |
| E. I. DuPont de Nemours & Co., Inc., and | ) |
| The Dow Chemical Company, | ) |
| Defendants. | ) |

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF COMBINED SUBMISSION OF PLAINTIFF'S
EXPERT REPORT FROM PLAINTIFF'S EXPERT REPORT FROM MARY LOUISE WHITEHILL, M.D. AND
MICHAEL GLACKEN, M.D., DIRECTED TO DEFENDANTS**

    Plaintiff DEBRA-ANN WELLMAN, through counsel, hereby WITHDRAWS her previously filed EXPERT REPORTS detailing medical review by MARY LOUISE WHITEHILL, M.D. and MICHAEL GLACKEN, M.D. filed on June 30, 2006, as said reports reflect opinions of Plaintiff's treating physicians.

    /s/ JOHN M. STULL
John M. Stull, Esq. (Del.Bar #568)
1300 N. Market Street, Ste 700
P. O. Box 1947
Wilmington, DE 19899
Ph. 302) 654-0399
Attorney for Debra-Ann Wellman
Dated:  June 30, 2006
jstullesq@aol.COM

Dated:  August 10, 2006

**CERTIFICATE OF SERVICE**

  I hereby certify that on August 10, 2006, I electronically filed a Notice of Withdrawal of Plaintiff's Expert Reports covering Plaintiff's treating physicians Michael Glacken, M.D., and Mary Louise Whitehill, M.D., in behalf of Plaintiff Debra-Ann Wellman. Said filing was filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

    YOUNG CONAWAY STARGATT & TAYLOR, LLP
    Barry M. Willoughby, Esquire (No. 1016)
    Teresa A. Cheek, Esquire (No. 2657)
    The Brandywine Building
    1000 West Street, 17th Floor
    P.O. Box 391
    Wilmington, DE 19899-0391
    Telephone: (302) 571-6666; (302) 571-6676
    Facsimile: (302) 571-3345; (302) 576-3286
    Email: bwilloughby@ycst.com; tchee@ycst.com
    Attorneys for Defendant

    POTTER ANDERSON & CORROON
    Kathleen Furey McDonough, Esq.
    1313 Market Street
    Hercules Bldg., Fifth Flr.
    P. O. Box 951
    Wilmington, DE 19899
    Email: kmcdonough@potteranderson.com;
    Attorneys for Defendant


    /s/ John M. Stull
    John M. Stull, Esq. (Del.Bar #568)
    1300 N. Market Street, Ste 700
    P. O. Box 1947
    Wilmington, DE 19899
    Ph. 302) 654-0399
    Attorney for Debra-Ann Wellman
    Dated: August 10, 2006
    jstullesq@aol.COM

August 10, 2006