IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBRA-ANN WELLMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-279-SLR |
| | ) |
| THE DUPONT COMPANY | ) |
| | ) |
| Defendant. | ) |

**STIPULATION AND ORDER**

The parties, by and through the undersigned counsel, and subject to the approval of the Court, hereby stipulate and agree as follows:

1. The Case Scheduling Order in this action is hereby amended to extend the date for the completion of discovery from September 30, 2006 to and including October 30, 2006.

2. The date for filing case dispositive motions is hereby extended from October 31, 2006 to and including November 30, 2006. Briefing shall be in accordance with the Local Rules unless otherwise agreed by the parties and approved by the Court.

3. The trial in this matter now set to begin on Monday, January 29, 2007 is hereby continued. A trial date will be set by the Court after the Court's ruling on case dispositive motions.

4. Plaintiff shall file full and complete answers to Defendant's First Request for Production of Documents, which was served on July 14, 2006, on or before September 25, 2006. Any failure on the part of the Plaintiff to comply with this paragraph shall be treated as a failure to comply with an Order compelling discovery under Federal Rules of Civil Procedure 37(b)(2).

                                      POTTER ANDERSON & CORROON LLP

| /s/ *John M. Stull* | /s/ *Elizabeth King* |
|---|---|
| John M. Stull, Esquire (I.D. # 568) | Kathleen Furey McDonough (I.D. 2395) |
| 1300 N. Market Street, Suite 700 | Elizabeth King (I.D. 4475) |
| P.O. Box 1947 | Hercules Plaza, 6th Floor |
| Wilmington, DE 19899 | 1313 N. Market St. |
| Telephone: (302) 654-0399 | P.O. Box 951 |
| Facsimile: (302) 654-0884 | Wilmington, DE 19899-0951 |
| *Attorney for Plaintiff,* | Telephone: (302) 984-6000 |
| *Debra-Ann Wellman* | *Attorneys for Defendant,* |
| | *E. I. du Pont de Nemours and Company* |

Dated: September 6, 2006

        SO ORDERED this _____ day of _____, 2006.

                                                _____
                                                The Honorable Sue L. Robinson
                                                United States District Court Judge

748931v1