IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEBRA-ANN WELLMAN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-279 (SLR) |
| | ) | |
| THE DUPONT COMPANY | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

### RE-NOTICE OF PLAINTIFF'S DEPOSITION

TO:   John M. Stull
1300 North Market Street
Suite 700
P.O. Box 1947
Wilmington, Delaware 19801

PLEASE TAKE NOTICE that the undersigned counsel will take the deposition of Debra-Ann Wellman, upon oral examination, on Thursday, October 26, 2006 beginning at 10:00 a.m., at the offices of Potter Anderson & Corroon LLP, Hercules Plaza, Sixth Floor, 1313 North Market Street, Wilmington, Delaware 19801. The deposition will be taken before a Notary Public or some other officer duly authorized by law to record and transcribe the deposition. Examination will continue from day to day until completed. You are invited to attend and examine.

POTTER ANDERSON & CORROON LLP

By: /s/ Sarah E. DiLuzio
Kathleen Furey McDonough (#2395)
Sarah Elizabeth DiLuzio (#4085)
Elizabeth King (#4475)
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000

>Michael L. Clarke
>E.I. du Pont de Nemours and Company
>DuPont Legal, D7016-1
>1007 Market Street
>Wilmington, Delaware 19898
>*Attorneys for Defendant*
>*E. I. du Pont de Nemours and Company*

Dated: October 17, 2006
PA&C-755447v1

## CERTIFICATE OF SERVICE

I, Sarah Elizabeth DiLuzio, hereby certify this 17th day of October, 2006, that the foregoing **DEFENDANT'S RE-NOTICE OF PLAINTIFF'S DEPOSITION** was electronically filed with U.S. District Court District of Delaware via CM/ECF (Official Court Electronic Document Filing System) which will send notification of such filing that the document is available for viewing and downloading via CM/ECF to the following counsel of record:

>John M. Stull (No. 568)
>1300 North Market Street
>Suite 700
>P.O. Box 1947
>Wilmington, DE 19801
>Telephone: (302) 654-0399
>Facsimile: (302) 654-0884
>jstullesq@aol.com

>/s/ Sarah E. DiLuzio
>Sarah Elizabeth DiLuzio (Del. Bar #4085)
>Potter Anderson & Corroon, LLP
>Hercules Plaza, Sixth Floor
>1313 N. Market Street
>P.O. Box 951
>Wilmington, DE 19899
>(302) 984-6042 (Telephone)
>(302) 658-1192 (Facsimile)
>sdiluzio@potteranderson.com (Email)

PA&C-755447v1