IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEBRA-ANN WELLMAN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-279 (SLR) |
| | ) | |
| THE DUPONT COMPANY | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SUBPOENA

PLEASE TAKE NOTICE that, on the 23rd day of October, 2006, Defendant will serve the attached subpoena upon the Records Custodian of the Human Resource Department for AstraZeneca, 1800 Concord Pike, Wilmington, Delaware 19897.

POTTER ANDERSON & CORROON LLP

By: /s/ Sarah E. DiLuzio
Kathleen Furey McDonough (#2395)
Sarah Elizabeth DiLuzio (#4085)
Elizabeth King (#4475)
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000

Michael L. Clarke
E.I. du Pont de Nemours and Company
DuPont Legal, D7016-1
1007 Market Street
Wilmington, Delaware 19898
*Attorneys for Defendant*
*E. I. du Pont de Nemours and Company*

Dated: October 23, 2006
PA&C-757021v1