

Potter
Anderson
& Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Sarah E. DiLuzio**
Attorney at Law
sdiluzio@potteranderson.com
302 984-6279  Direct Phone
302 658-1192  Fax

November 28, 2006

<u>**By Hand Delivery and E-File**</u>

The Honorable Sue L. Robinson
United States District Court
844 King Street
Lock Box 31
Wilmington, DE 19801

Re:  <u>Debra Ann Wellman v. E. I. du Pont de Nemours and Company,
C.A. No. 05-279 (SLR)</u>

Dear Judge Robinson:

    Enclosed for the Court's consideration is a joint Stipulation and Order extending the discovery and case dispositive motion deadlines in the above-referenced matter. The Court previously granted the parties' request to extend these deadlines by a Stipulation and Ordered entered on September 6, 2006.

    Unfortunately, however, the plaintiff refused to appear for her scheduled deposition and has otherwise failed to comply with her discovery obligations. Defendant has agreed to the enclosed Stipulation in order to allow plaintiff a final opportunity to cooperate with the discovery process before it files a motion for sanctions and/or a motion to dismiss.

    Counsel are available at the Court's convenience if Your Honor has any questions.

Respectfully,

*Sarah DiLuzio*
Sarah E. DiLuzio
(DE Bar I.D. 4085)

Enclosure
cc:  Clerk of the U.S. District Court (via CM/ECF)
     John M. Stull, Esquire (via CM/ECF)
764119