## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEBRA-ANN WELLMAN, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-279 (SLR) |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| THE DUPONT COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION AND ORDER

The parties, by and through the undersigned counsel, subject to the approval of the Court, hereby stipulate and agree as follows:

1.     The Case Scheduling Order in this action is hereby amended to extend the date for the completion of discovery to and including January 30, 2007.

2.     The date for filing case dispositive motions is hereby extended to and including February 28, 2007.  Briefing shall be in accordance with the Local Rules unless otherwise agreed by the parties and approved by the Court.

3.     A trial date will be set by the Court after the Court's ruling on case dispositive motions.

4.     Plaintiff shall fully cooperate with discovery directed to her by Defendant, including but not limited to the following:

(a)     She agrees to attend her deposition upon Notice as set forth in the Local Rules of the U.S. District Court for the District of Delaware; and

(b)     She agrees to file full and complete answers to Defendant's First Request for Production of Documents on or before December 15, 2006.

5.　　　Any failure on the part of the Plaintiff to comply with this

Stipulation and Order shall be treated as a failure to comply with an Order compelling

discovery under Federal Rules of Civil Procedure 37(b)(2) subjecting Plaintiff to

sanctions including in the Court's discretion dismissal of this action and/or an award of

attorneys fees.

POTTER ANDERSON & CORROON LLP

/s/ *John M. Stull*
John M. Stull, Esquire (I.D. # 568)
1300 N. Market Street, Suite 700
P.O. Box 1947
Wilmington, DE 19899
Telephone: (302) 654-0399
Facsimile:  (302) 654-0884

*Attorney for Plaintiff*
*Debra-Ann Wellman*

Dated:  November 28, 2006

/s/ *Sarah E. DiLuzio*
Kathleen Furey McDonough (I.D. 2395)
Sarah E. DiLuzio (I.D. 4085)
Elizabeth King (I.D. 4475)
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951
Telephone: (302) 984-6000
*Attorneys for Defendant*
*E. I. du Pont de Nemours and Company*

SO ORDERED this _____ day of _____, 2006.

_____
The Honorable Sue L. Robinson
United States District Court Judge

PA&C764070