IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEBRA-ANN WELLMAN, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-279 (SLR) |
| | ) | |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| THE DUPONT COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## SECOND RE-NOTICE OF PLAINTIFF'S DEPOSITION

TO:   John M. Stull
      1300 North Market Street
      Suite 700
      P.O. Box 1947
      Wilmington, Delaware 19801

PLEASE TAKE NOTICE that the undersigned counsel will take the deposition of Debra-Ann Wellman, upon oral examination, on Wednesday, December 6, 2006 beginning at 9:30 a.m., at the offices of Potter Anderson & Corroon LLP, Hercules Plaza, Sixth Floor, 1313 North Market Street, Wilmington, Delaware 19801. The deposition will be taken before a Notary Public or some other officer duly authorized by law to record and transcribe the deposition. Examination will continue from day to day until completed. You are invited to attend and examine.

POTTER ANDERSON & CORROON LLP

By: /s/ Sarah E. DiLuzio
    Kathleen Furey McDonough (#2395)
    Sarah Elizabeth DiLuzio (#4085)
    Elizabeth King (#4475)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P.O. Box 951
    Wilmington, DE 19899
    (302) 984-6000

        Michael L. Clarke
        E.I. du Pont de Nemours and Company
        DuPont Legal, D7016-1
        1007 Market Street
        Wilmington, Delaware 19898
        *Attorneys for Defendant*
        *E. I. du Pont de Nemours and Company*

Dated: November 28, 2006
764068