## CERTIFICATE OF SERVICE

I, Sarah Elizabeth DiLuzio, hereby certify this 28th day of November, 2006, that the foregoing **DEFENDANT'S SECOND RE-NOTICE OF PLAINTIFF'S DEPOSITION** was electronically filed with U.S. District Court District of Delaware via CM/ECF (Official Court Electronic Document Filing System) which will send notification of such filing that the document is available for viewing and downloading via CM/ECF to the following counsel of record:

>John M. Stull (No. 568)
>1300 North Market Street
>Suite 700
>P.O. Box 1947
>Wilmington, DE 19801
>Telephone: (302) 654-0399
>Facsimile: (302) 654-0884
>jstullesq@aol.com

>*/s/ Sarah E. DiLuzio*
>Sarah Elizabeth DiLuzio (Del. Bar #4085)
>Potter Anderson & Corroon, LLP
>Hercules Plaza, Sixth Floor
>1313 N. Market Street
>P.O. Box 951
>Wilmington, DE 19899
>(302) 984-6042 (Telephone)
>(302) 658-1192 (Facsimile)
>sdiluzio@potteranderson.com (Email)

764068