# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEBRA-ANN WELLMAN, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-279 (SLR) |
| | ) | |
| v. | ) | |
| | ) | |
| THE DUPONT COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION AND ORDER

The parties, by and through the undersigned counsel, subject to the approval of the Court, hereby stipulate and agree as follows:

1. Case dispositive motions shall be filed on or before August 31, 2007. Briefing of case dispositive motions shall be in accordance with the following schedule:

   Opening Brief      August 31, 2007

   Answering Brief    September 28, 2007

   Reply Brief        October 12, 2007

2. A trial date will be set by the Court after the Court's ruling on case dispositive motions.

|  | POTTER ANDERSON & CORROON LLP |
|---|---|
| /s/ *John M. Stull* | /s/ *Sarah E. DiLuzio* |
| John M. Stull, Esquire (I.D. # 568) | Kathleen Furey McDonough (I.D. 2395) |
| 1300 N. Market Street, Suite 700 | Sarah E. DiLuzio (I.D. 4085) |
| P.O. Box 1947 | 1313 N. Market Street |
| Wilmington, DE 19899 | P.O. Box 951 |
| Telephone: (302) 654-0399 | Wilmington, DE 19899-0951 |
| Facsimile: (302) 654-0884 | Telephone: (302) 984-6000 |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |
| *Debra-Ann Wellman* | *E. I. du Pont de Nemours and Company* |

Dated: August 8, 2007

SO ORDERED this _____ day of _____, 2007.

_____
The Honorable Sue L. Robinson
United States District Court Judge

810501