IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBRA-ANN WELLMAN | ) |
| | ) |
| Plaintiff, | )   C.A. No. 05-279 (SLR) |
| | ) |
| v. | ) |
| | ) |
| THE DUPONT COMPANY | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant E. I. du Pont de Nemours and Company ("DuPont"), by and through its undersigned counsel, hereby moves for summary judgment on all claims of Plaintiff's Complaint. The reasons for this Motion are set forth in Defendant's Opening Brief in Support of its Motion for Summary Judgment, filed concurrently herewith.

POTTER ANDERSON & CORROON LLP

By: /s/ Sarah E. DiLuzio
Kathleen Furey McDonough (#2395)
Sarah E. DiLuzio (I.D. #4085)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
(302) 984-6000 - Telephone
kmcdonough@potteranderson.com
sdiluzio@potteranderson.com

*Attorneys for Defendant E. I. du Pont de Nemours and Company*

Dated: August 31, 2007
811988

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEBRA-ANN WELLMAN | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-279 (SLR) |
| | ) | |
| v. | ) | |
| | ) | |
| THE DUPONT COMPANY | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

WHEREAS, the Court having considered Defendant's Motion for Summary Judgment and the arguments of both parties related thereto, and the Court finding no material issues of fact and that Defendant is entitled to judgment in its favor,

NOW, THEREFORE, Defendant's Motion is hereby **GRANTED** and judgment shall be entered in Defendant's favor on all claims of the Complaint.

_____
The Honorable Sue L. Robinson
United States District Court Judge

## CERTIFICATE OF SERVICE

I, Sarah Elizabeth DiLuzio, hereby certify this 31st day of August, 2007, that the foregoing **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** was electronically filed with U.S. District Court District of Delaware via CM/ECF (Official Court Electronic Document Filing System) which will send notification of such filing that the document is available for viewing and downloading via CM/ECF to the following counsel of record:

> John M. Stull (No. 568)
> 1300 North Market Street
> Suite 700
> P.O. Box 1947
> Wilmington, DE 19801
> Telephone: (302) 654-0399
> Facsimile: (302) 654-0884
> jstullesq@aol.com

> *Sarah E. DiLuzio*
> Sarah Elizabeth DiLuzio (Del. Bar #4085)
> Potter Anderson & Corroon, LLP
> Hercules Plaza, Sixth Floor
> 1313 N. Market Street
> P.O. Box 951
> Wilmington, DE 19899
> (302) 984-6042 (Telephone)
> (302) 658-1192 (Facsimile)
> sdiluzio@potteranderson.com (Email)

811988