IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBRA-ANN WELLMAN, ) | |
|     Plaintiff, ) | |
| v. ) | Civil Action No. 05-278-SLR |
| ) | Civil Action No. 05-279-SLR |
| DuPONT DOW ELASTOMERS, LLC ) | |
| t/a DUPONT HIGH PERFORMANCE ) | |
| ELASTOMERS, LLC and ) | |
| E. I. DUPONT De NEMOURS & CO., INC.,) | |
|     Defendants. ) | |

**NOTICE OF FILING IN PAPER FORMAT AS TO APPENDIX FOR
C.A. 05-278-SLR     and     C.A. 279-SLR**

    I, John M. Stull, counsel for Plaintiff Debra-Ann Wellman, hereby requests that the within Appendix material submitted this 15th day of October, 2007, in paper format be accepted for filing by the Clerk of the District Court, District of Delaware, as the prior attempt at filing same on October 12, 2007, was too large for process of filing same electronically.

    /s/ JOHN M. STULL, ESQ. (DE # 568)
    715 N. King Street, STE 100
    P. O. Box 1947
    Wilmington, DE 19899
    Ph. (302) 654-0399
    Attorney for Debra-Ann Wellman

Dated: October 15, 2007