## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

CHAMBERS OF
SUE L. ROBINSON
U.S. DISTRICT JUDGE

LOCKBOX 31
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
302 573-6310



July 31, 2008

Bruce E. Jameson, Esquire
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE  19899

     **Re:  Wellman v. DuPont, Civ. Nos. 05-278-SLR & 05-279-SLR**

Dear Mr. Jameson:

  Enclosed is a copy of correspondence sent by your client to Judge Robinson. The correspondence will not be docketed by the Clerk's Office nor forwarded to opposing counsel. Kindly advise your client that the court will not in the future review any correspondence from her so long as she is represented by counsel, unless the correspondence is forwarded to the court through counsel. Thank you for your cooperation.

               Sincerely,

               Maria G. Alvino
               Attorney/Office Manager

cc w/o enclosure:
  The Honorable Gregory M. Sleet
  Clerk of Court
  Debra Wellman