IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBRA-ANN WELLMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 05-278-SLR |
| ) | |
| DUPONT DOW ELASTROMERS ) | |
| L.L.C., ) | |
| ) | |
| Defendant. ) | |

| | |
|---|---|
| DEBRA-ANN WELLMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 05-279-SLR |
| ) | |
| THE DUPONT COMPANY, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

At Wilmington this 21st day of August, 2008, having received Mr. Jameson's request for a 60-day period in which to obtain and review the record (D.I. 74 in Civ. No. 05-278-SLR; D.I. 52 in Civ. No. 05-279-SLR);

IT IS ORDERED that:

1. The case shall be stayed until **October 21, 2008.** The court shall conduct a telephonic status conference in this case on **Friday, October 24, 2008 at 9:00 a.m.**, with plaintiff's counsel initiating the call.

2. The pending motions for summary judgment (D.I. 52, 64 and 69 in Civ. No. 05-278-SLR; D.I. 35, 44 and 47 in Civ. No. 05-279-SLR) are hereby denied without prejudice to renew after the October 24, 2008 status conference.

_____
United States District Judge